Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **CASE NO. CV 09-4903 TEH** |
| **Plaintiff,** | **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CHARLES A. KING, individually and d/b/a KING'S BOXING GYM** |
| vs. | |
| **Charles A. King, et al.,** | |
| **Defendant.** | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant CHARLES A. KING, individually and d/b/a KING'S BOXING GYM, that the above-entitled action is hereby dismissed **with prejudice** against CHARLES A. KING, individually and d/b/a KING'S BOXING GYM and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 3, 2010

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 3/4/10

**BOGATIN, CORMAN & GOLD**
By: Andrew M. Gold
Attorneys for Defendant
CHARLES A. KING, individually and d/b/a
KING'S BOXING GYM

**IT IS SO ORDERED:**

Dated: _____03/05/10_____

The Honorable Thelton E. Henderson
United States District Court
Northern District

Judge Thelton E. Henderson

/// 

/// 

STIPULATION OF DISMISSAL
CV 09-4993 TEH
PAGE 2