Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. CV 09-4903 TEH |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CHARLES A. KING, individually and d/b/a KING'S BOXING GYM |
| vs. | |
| Charles A. King, et al., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant CHARLES A. KING, individually and d/b/a KING'S BOXING GYM, that the above-entitled action is hereby dismissed **with prejudice** against CHARLES A. KING, individually and d/b/a KING'S BOXING GYM and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
2  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 3, 2010

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 3/4/10

BOGATIN, CORMAN & GOLD
By: Andrew M. Gold
Attorneys for Defendant
CHARLES A. KING, individually and d/b/a
KING'S BOXING GYM

IT IS SO ORDERED:

Dated: 03/05/10

_____
The Honorable Thelton E. Henderson
United States District Court
Northern District

///

///

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson)

STIPULATION OF DISMISSAL
CV 09-4903 TEH
PAGE 2